IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSE ANTONIO NEGRON,

      Appellant,

 v.
                           Case No.  5D21-1110
                           LT Case No. 2019-101035-CFDL

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 7, 2022

Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Gary S. Israel, of Gary Israel, P.A.,
Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene
Matthews, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, WALLIS and EISNAUGLE, JJ., concur.